UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERICA M. ROLON,<br><br>                Plaintiff,<br><br>   v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>                Defendant. | Hon. Susan D. Wigenton<br>Civil Action No. 2:24-cv-01195<br><br>**Electronically Filed** |

**CONSENT ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

This matter having been opened to the Court by Philip R. Sellinger, United States Attorney for the District of New Jersey, and Stuart Weiss, Special Assistant United States Attorney, attorneys for Defendant, for an Order reversing and remanding the within cause of action to the Defendant pursuant to sentence four of 42 U.S.C. § 405(g) so that further administrative action may be taken. On remand, the Commissioner, through the Appeals Council, will refer Plaintiff's case to an Administrative Law Judge to make and exhibit attempts to obtain Plaintiff's physical therapy records and any responses to such requests; give further consideration to the opinions, prior administrative medical findings, and RFC; obtain supplemental vocational expert evidence, if necessary; take any further action needed to complete the administrative record; and issue a new decision.

Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this <u>17th</u> day of <u>July</u>, 2024;

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action. Entry of a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure will be separately issued.

                                               HON. SUSAN D. WIGENTON
                                               United States District Judge

The undersigned hereby consent to the form and entry of the within order.

                                               PHILIP R. SELLINGER
                                               United States Attorney

By:    */s/ Stuart Weiss*
        Stuart Weiss
        Special Assistant U.S. Attorney

By:    */s/ Abraham S. Alter*
        Abraham S. Alter, Esquire
        Attorney for Plaintiff